Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00416-CR

**IN RE** Patrick **BRADSHAW**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed:  June 29, 2011

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On June 15, 2011, relator Patrick Bradshaw filed a petition for writ of mandamus, seeking a copy of the indictment and judgment from his felony conviction.  In 1998, relator was convicted of murder, and was sentenced to forty years' confinement.  Relator did not appeal the conviction.  Therefore, relator's felony conviction is final.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction.  *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2010); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding that "Article 11.07 provides the exclusive

---

[1] This proceeding arises out of Cause No. 97-03-9427-CR-A, styled *State of Texas v. Patrick Bradshaw*, in the 38th Judicial District Court, Uvalde County, Texas, the Honorable Camile Dubose presiding.

means to challenge a final felony conviction.").  Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus.

Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH